UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JS-6

| | |
|---|---|
| Retirement Investment Acquisition, LLC,<br><br>           Plaintiff,<br><br>      v.<br><br>PMD Financial Group, LLC et al.,<br><br>           Defendants. | EDCV 15-2334-VAP (SPx)<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT** |

On April 27, 2016, the Court issued an Order to Show Cause ("OSC"), ordering Plaintiff Retirement Investment Acquisition, LLC ("Plaintiff") to show cause why this case should not be dismissed for failure to serve. (See Doc. No. 13.)[1] Plaintiff was ordered to respond by May 13, 2016. (Id.)

Plaintiff failed to respond to the Court's OSC. Accordingly, Plaintiff's Complaint is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated:   5/24/16

Virginia A. Phillips
United States District Judge

---

[1] Plaintiff's Complaint was filed on November 12, 2015. (See Doc. No. 1.) To date, no Proof of Service has been filed indicating that Defendants have been served.

1